Gabriel G. BOIMAH, Plaintiff–
Appellant

v.

SPEEDWAY SUPERAMERICA
LLC, Defendant–Appellee.

No. 12–2458.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2013.

Filed: March 19, 2013.

Before BYE, ARNOLD, and
SHEPHERD, Circuit Judges.

PER CURIAM.

In this diversity case asserting employ-ment-discrimination and other state-law claims, Liberian national Gabriel Boimah appeals following the district court's [1] grant of summary judgment to Speedway SuperAmerica LLC (SSA), Boimah's for-mer employer. We affirm.

Summary judgment was proper on Boi-mah's claims that SSA violated the Minne-sota Human Rights Act (MHRA) by dis-charging him based on his national origin and in reprisal for engaging in protected conduct. Even assuming Boimah present-ed a prima facie case on both claims, SSA provided evidence that he was discharged for insubordination, and Boimah did not present sufficient evidence for a jury to find that the proffered reason for his ter-mination was a pretext for either national-origin discrimination or reprisal. *See Goins v. W. Group*, 635 N.W.2d 717, 722–24 & n. 3 (Minn.2001) (for MHRA discrimi-nation claim, once employer demonstrates legitimate business reason for employment action, plaintiff must show reason was pre-text for discrimination); *Cannon v. Min-neapolis Police Dep't*, 783 N.W.2d 182, 189–90 (Minn.Ct.App.2010) (same for MHRA reprisal claim). Next, we conclude Boimah's defamation claim failed because he did not allege that a purportedly false performance appraisal was published to a third party. *See Bahr v. Boise Cascade Corp.*, 766 N.W.2d 910, 919–20 (Minn.2009) (elements of defamation action). As to his remaining claims, we agree summary judg-ment was proper for the reasons given by the district court. Finally, we do not re-view Boimah's challenge to the magistrate judge's discovery order because Boimah did not object to it below. *See McDonald v. City of St. Paul*, 679 F.3d 698, 709 (8th Cir.2012) (magistrate judge's order deny-ing motion to compel was unreviewable when party failed to file objection in dis-trict court).

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minne-sota.